March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Michael Poli

                      Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22-CR-212 ( JGK ) (     )

Defendant _____Michael Poli_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Michael Poli
_____
Print Defendant's Name

_Anthony DiPietro_
_____
Defense Counsel's Signature

Anthony DiPietro, Esq.
_____
Print Defense Counsel's Name

on 10/27/22
This proceeding was conducted by reliable teleconference technology.

10/28/22
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge