UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,


             -against-                                       22 cr 212 (JGK)

MICHAEL POLI,                                   **ORDER**
                          Defendant.
-----------------------------------------------------------------X

      Sentencing for defendant Michael Poli is adjourned from Tuesday, June 27, 2023 to

**Wednesday, August 2, 2023, at 11:00am.**

**SO ORDERED.**

                                            **JOHN G. KOELTL**
                             **UNITED STATES DISTRICT JUDGE**


Dated: New York, New York
       May 24, 2023