THE LAW OFFICES OF
# ANTHONY DIPIETRO, P.C.

**15 CHESTER AVENUE**  (914) 948 3242
**WHITE PLAINS, NY 10601**  (914) 948 5372 FAX
DIPIETROLAW@YAHOO.COM

November 3, 2023

**By ECF**
The Honorable John G. Koeltl
United States District Judge (SDNY)
500 Pearl Street
New York, NY 10007

Re:  *United States v. Michael Poli*, 22-cr-212 (JGK)

Dear Judge Koeltl:

On behalf of Defendant Michael Poli, I write respectfully, with the consent of the Government, to request that the Court order the return of Mr. Poli's U.S. passport to his family.

On October 27, 2023, Mr. Poli surrendered to FCI Fort Dix to serve the sentence imposed in this case. On October 30, 2023, Pretrial Services advised counsel by email that an order by the Court is required for the release of Mr. Poli's U.S. passport to his family, otherwise, it will be returned to the Department of State after 90 days from the date that Mr. Poli surrendered.

The Court's time and consideration of this request are greatly appreciated.

Respectfully submitted,
*/s/Anthony DiPietro*
Anthony DiPietro, Esq.

APPLICATION GRANTED
SO ORDERED

11/3/23
John G. Koeltl, U.S.D.J.